AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GREGORY ALAN WEYMES,<br>also known as "Greg Weymes"<br><br>*Defendant(s)* | Case No.<br>2:21-mj-00057 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 1, 2019** in the county of **Boone** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(1) | knowingly mailed, transported, or shipped any child pornography (as defined in 18 U.S.C. § 2256), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means. |

This criminal complaint is based on these facts:
See Affidavit attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Terrance L. Taylor, HSI
*Printed name and title*

Sworn telephonically (reliable electronic means) by me.

Date: **Mar. 5, 2021**

_____
*Judge's signature*

City and state: **Charleston, West Virginia**    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*