STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

### AFFIDAVIT

I, Terrance L. Taylor, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION

1. Your Affiant is a Special Agent with Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement, United States Department of Homeland Security, Charleston, West Virginia, with approximately twenty years of law enforcement experience with HSI, the United States Department of State-Office of Inspector General, the Naval Criminal Investigative Service, DOS-Diplomatic Security Service, and the Huntington Police Department, Huntington, West Virginia, duly appointed according to law and at the time of the events herein was acting in official capacity.

2. This Affidavit is made in support of an application for a criminal complaint and arrest warrant charging GREGORY ALAN WEYMES ("WEYMES"), also known as "GREG WEYMES," age 58, with a violation of 18 U.S.C. 2252A(a)(1). That statute makes it illegal for any person to knowingly mail, transport, or ship any child pornography, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means.

3. The information contained in this Affidavit is based upon information provided to your Affiant by HSI agents, other law enforcement personnel, your Affiant's personal observations, interviews, training and experience, and review of relevant records related to this investigation. Where statements and information are provided by other agents, and others assisting law enforcement officers, as set forth in this Affidavit, they are taken in good faith. Because this Affidavit is being submitted for the limited purpose of showing there is sufficient probable cause for an arrest warrant, your Affiant has not included every fact known concerning this investigation.

### BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CASUE

4. On or about January 14, 2020, HSI received an investigatory lead, commonly referred to as a "CyberTip," from the National Center for Missing and Exploited Children ("NCMEC")[1] relating to an online social networking service application known as MeWe.[2]

---

[1] NCMEC is a nonprofit, nongovernmental organization in Alexandria, Virginia, that works with law enforcement on issues related to missing and sexually exploited children. One of the services provided and administered by NCMEC is its CyberTipline, which serves as the national clearinghouse for leads regarding sexual exploitation crimes against children.

[2] MeWe.com is a social networking website and cellular phone application through which users can communicate online via text and/or chat group and send/receive pictures and videos.

2

5. The NCMEC lead indicated that an IP address in West Virginia associated to MeWe username "Greg W," utilizing email address "gregw62@hotmail.com," uploaded twenty-two images of child pornography into his MeWe account.[3] One such image, which was uploaded on or about October 1, 2019, is described as depicting a female between fifteen and twenty-five years of age performing oral sex on a nude female, prepubescent toddler between two and three years of age.

6. Law enforcement investigators ultimately determined that the IP address[4] tied to the MeWe account that uploaded the above-described image on or about October 1, 2019, was a Frontier Communications registered IP address and that the registrant address was located at 33 Easter Hollow Road, Ridgeview, Boone County, West Virginia. Investigators also learned that WEYMES resided at that location.

---

[3] MeWe.com, like most other social media applications, has developed a monitoring system to detect if their service may have been used to transmit or store child pornography. Once MeWe.com detects and logs the transmission of child pornography by one of its users, MeWe.com makes a report to NCMEC of the date, time, and IP address(es) of the transmission. MeWe.com also provides the content of the suspected illegal transmission.

[4] An IP address, also known as an "Internet Protocol address" is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet.

7. On or about February 19, 2021, your Affiant obtained a federal search warrant for 33 Easter Hollow Road, Ridgeview, West Virginia, and the person of WEYMES.

8. On or about February 23, 2021, law enforcement investigators, including your Affiant, executed the aforementioned-search warrant at 33 Easter Hollow Road, Ridgeview, West Virginia.

9. Your Affiant and HSI Special Agent Michael Fleener conducted a noncustodial, consensual, voluntary interview with WEYMES at his residence during the execution of the search warrant. Your Affiant advised WEYMES that he was not under arrest, that the interview was voluntary, and that he could refuse to answer any questions and terminate the interview at any time. WEYMES consented to a voluntary interview with your Affiant.

11. During his interview, WEYMES stated that he owns the residence located at 33 Easter Hollow Road in Ridgeview and that he utilized Frontier Communications as his Internet Service Provider. WEYMES' girlfriend has lived with him for the last three years and was present during the search warrant execution.

12. WEYMES currently utilizes a Motorola cellphone which he has had for approximately three years. WEYMES stated his cellphone was not password protected, but no one else uses the phone. WEYMES advised he had two older cellphones and a laptop computer within

4

the residence. The residence has a secured WiFi router which WEYMES stated he and his girlfriend routinely use.

13. WEYMES stated he remembered using the MeWe application on his cellphone "a long time ago." WEYMES stated he did not remember if he used the MeWe application in October 2019 and November 2019. WEYMES stated he "probably" used the usernames "Greg W" and "Buzza W". WEYMES admitted to viewing or trading child pornography on MeWe. WEYMES advised that he may also have traded child pornography using the Wicker application on his cellphone. WEYMES stated he last accessed child pornography a month prior on Wicker.

14. WEYMES further admitted that law enforcement would find child pornography on his cell phone, although he did not know the number of images or videos that were on the phone.

15. During an onsite preview of WEYMES' Motorola cellphone, law enforcement found several child exploitation images.

16. On February 24, 2021, law enforcement's forensic review of WEYMES' electronic devices seized pursuant to the search warrant revealed 115 images and 52 videos that included bondage and torture child pornography.

## CONCLUSION

17. Based upon the information provided above, your Affiant alleges that there exists probable cause to believe that GREGORY ALAN WEYMES knowingly violated 18 U.S.C. § 2252A(a)(1), in that on or about October 1, 2019, he knowingly transported child pornography, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means. WEYMES used the Internet and cellular networks as a means and facility of interstate commerce to transport the child pornography.

_____
SPECIAL AGENT TERRANCE L. TAYLOR
DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS

Sworn to by the Affiant telephonically in accordance with the procedures of Rule 4.1 this 5th day of March, 2021.

_____
HON. DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA